IN THE CASE / IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

USA v.s. WHITE

FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
TAJH WHITE

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court
04-10314-RGS RCL
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check   x Felony   ☐ Misdemeanor)

**ASSETS**

**EMPLOYMENT**
Are you now  ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: ____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment
How much did you earn per month? $ ____
If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
RECEIVED   SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $ ____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No   IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
VALUE   DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT   $ ____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: ____
Creditors   Total Debt   Monthly Paymt.
$ ____   $ ____
$ ____   $ ____
$ ____   $ ____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/8/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► *Tajh White*