UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04 CR 10314 RCL |
| | ) | |
| (1) MANUEL E. PINALES, | ) | |
| (2) JOSE ANTONIO CRUZ, | ) | |
|    a/k/a "Eduardo LNU" | ) | |
| (3) LUIS R. CLAS, | ) | |
|    a/k/a "Cuba" | ) | |
| (4) RICHARD PENA, and | ) | |
| (5) TAJH M. WHITE | ) | |
| | ) | |

## MOTION TO CONTINUE DETENTION HEARING

The United States of America and the Defendant Tajh M. White hereby move this Court to continue the detention hearing presently scheduled for November 16, 2004 to 11:15 a.m. on November 23, 2004.

Dated: November 15, 2004

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Maureen B. Hogan
Maureen B. Hogan
Assistant U.S. Attorney


TAJH M. WHITE
By his attorney,

/s/ William M. White
William M. White, Esq.
Davis, Robinson & White
One Faneuil Hall Marketplace
Boston, MA 02109