442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

MANUEL E. PINALES,
JOSE ANTONIO CRUZ a/k/a "Eduardo LNU,"
LUIS R. CLAS a/k/a "Cuba,"
RICHARD PENA, and TAJH M. WHITE

**WARRANT FOR ARREST**

Case Number: 04-10314-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __TAJH M. WHITE__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to Distribute Cocaine**
**Possession with Intent to Distribute Cocaine**

in violation of Title __21__ United States Code, Section(s) __846, 841__

Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

OCT 6 2004
Boston, MA;
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, Suite 6420
1 Courthouse Way
Boston, MA 02210

BY _____

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT

AT _____

| DATE RECEIVED | WARRANT EXECUTED BY USMS NAME ARREST/ARRAIGNMENT OF THE DEFENDANT ON 11/8/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

(Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 OCT -7 A 8:53)