UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

CRIMINAL No. 04 - 10314 - 005

V.

TAJH WHITE,
    Defendant.

DEFENDANT'S NOTICE PURSUANT TO
LOCAL RULE 116.1
AND REQUEST FOR AUTOMATIC DISCOVERY

The defendant, Tajh White, does not waive the automatic discovery material pursuant to Local Rule 116.1(B). Rather the defendant states that no waiver will be filed and requests that the Government provide automatic discovery in accordance with Local Rule 116.1(C).

Having made this election, the defendant understands that no discovery motions need be filed at this time.

Respectfully submitted,

William M. White, Jr.
BBO#546283
Davis, Robinson & White, LLP
One Faneuil Hall Marketplace
Boston, MA 02109
(617) 723 - 7339