AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF        MASSACHUSETTS

| UNITED STATES V. TAJH WHITE | | | | | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 04-10314-RCL | |
|---|---|---|---|---|---|---|
| PRESIDING JUDGE<br>BOWLER | | | | | PLAINTIFF'S ATTORNEY<br>MAUREEN HOGAN | DEFENDANT'S ATTORNEY<br>WILLIAM WHITE |
| TRIAL DATE (S)<br>11/23/04 | | | | | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 11/23/04 | X | X | AFFIDAVIT OF SP. AGENT JEAN DROUIN | |
| | | 11/23/04 | | | AGENT JEAN DROUIN | |