FILED
IN CLERKS OFFICE.

9/22/05

Honorable Judge Lindsey

2005 SEP 26 P 3:16

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear judge How are you I Hope by the time
when you receive this letter you doing well

My name is
Richar peña ID. 03575
I'm writing to Ask you For a Favor
Right now I need to Change my Lawyer
because My Family They Can't keep paing Him
Anymore we don't Have not money to pay His
Serve. I Hope you Can Help me to Change
Mr. Barry. p. wilson.

that's it my Case namber
04-10314-PCL

Senceleny
Richar peña