UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>MATTHEW RAMOS                 ) | Crim. No. 04-10275-NG |

### ASSENTED TO MOTION TO EXCLUDE TIME FROM SEPTEMBER 30, 2005 THROUGH AND INCLUDING THE DATE SET BY THE COURT FOR THE PRETRIAL CONFERENCE

The United States, with the assent of the defendant, Matthew Ramos, hereby moves this court to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the time period from September 30, 2005 through and including the date to be set by the Court for the pre-trial conference in this matter.

As grounds therefore, the government states that such exclusion of time serves the interests of justice and is appropriate under 18 U.S.C. §3161(h)(8)(A) because such time is necessary to allow the defendant additional time to file a motion to suppress and to allow the district court to schedule a pretrial conference in this matter.

WHEREFORE, the parties respectfully request that this motion be granted.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Maureen B. Hogan
      Maureen B. Hogan
Dated: October 31, 2005      Assistant U.S. Attorney