UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          V.                      )     Criminal No. 04-10314-RCL
                                  )
MANUEL E. PINALES, et al.         )


**<u>NOTICE OF APPEARANCE</u>**


_____Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                         By:


                         _/s/: Sharron A. Kearney_
                         SHARRON A. KEARNEY
                         Assistant U.S. Attorney
                         United States Attorney's Office
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3687


Dated: January 8, 2007

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 8, 2007.


*/s/: Sharron A. Kearney*
SHARRON A. KEARNEY
Assistant U.S. Attorney


Dated: January 8, 2007