UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL DOCKET |
| | * | NO. 04 – 10314 (RCL) |
| TAJH WHITE | * | |

**NOTICE OF CHANGE OF ATTORNEY ADDRESS
AS TO
DEFENDANT TAJH WHITE**

Now comes the undersigned representing the defendant, Tajh White, in the above-captioned matter and states that his new address is as follows:

**Law Offices of William M. White, Jr. and Associates, LLC
One Faneuil Hall Marketplace, 3rd Floor
Boston, MA   02109
(W) (617) 720 - 2002
(F)  (617) 723 - 5600**

Respectfully submitted,

/S/ William M. White, Jr.
WILLIAM M. WHITE, JR.
BBO#:  546283
Law Offices of William M. White, Jr., and Associates, LLC
1 Faneuil Hall Marketplace, 3rd Floor
Boston, MA   02109
(617)720-2002