U.S. v. Tajh M. White (#5)
Docket No. 04-10314

Tajh M. White
P.C.C.F DN3-401
26 Long Pond Rd.
Plymouth, MA. 02360

June 25, 2007

04cr10314 RCL

Criminal Clerk of Courts, United States District Court
℅ Honorable Reginald C. Lindsay

*FILED IN CLERKS OFFICE — 2007 JUN 27 A 11:56 — U.S. DISTRICT COURT DISTRICT OF MASS.*

My name is Tajh M. White and I am a defendant in the above docketed case number and I am writing this letter to request a copy of my docket entry sheet, please.

I thank you for your time and effort on this matter.

Respectfully Yours,

Tajh M. White

D.O.B. 2-23-76