Law Offices of
**WILLIAM M. WHITE, JR., AND ASSOCIATES, LLC**
One Faneuil Hall Marketplace, Third Floor
Boston, Massachusetts 02109
Telephone (617) 720 –2002
Fax (617) 723 – 5600
E-mail: wmw@libertychamp.com

William M. White, Jr.
_____

July 19, 2007

Lisa Hourihan, Courtroom Clerk
 To Honorable Reginald C. Lindsay
United States District Court
One Courthouse Way
Boston, MA   02210

        **RE:**    <u>**United States** v. **Tajh White**</u>
               **Criminal Docket No.  04-10314**
              <u>**Request for Establishment of Rule 11 Date**</u>

Dear Ms. Hourihan:

      Per our conversation, I wanted to request that a Rule 11 hearing date be set for the defendant, Tajh White in the *U.S. v. Pinales* case.  The defendant intends to change his plea to guilty as to Counts One and Three of the indictment.

      The defendant advises that there is no agreement with the government as to the drug quantity that he should be held responsible for, and that therefore, an evidentiary hearing will be necessary at the time of sentencing.

      Thank you.

                                                Very truly yours,

                                                /S/William M. White, Jr.
                                                WILLIAM M. WHITE, JR.

WMW:w

CC:    Tajh White