```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
                         )    CR. NO. 04-10314-RCL
      v.                 )
                         )
MANUEL PINALES,          )
                         )
                         )

ASSENTED TO MOTION TO EXCLUDE TIME

The United States respectfully moves this Court for an Order excluding for purposes of the Speedy Trial Act the time period from November 14, 2007, through the status conference date set for January 10, 2008. As reasons therefore, the United States submits that exclusion of the time would be in the interests of justice. The defendant's attorney has assented to this motion.

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                         By: /s/Sharron Kearney
                         SHARRON KEARNEY
                         Assistant U.S. Attorney

Date: November 14, 2007