UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No.  04-10314-RCL |
| ) | |
| **TAJH WHITE** ) | |

**DISMISSAL OF DEFENDANT TAJH WHITE
FROM COUNTS ONE AND THREE OF THE ORIGINAL INDICTMENT**

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the defendant TAJH WHITE from Counts One and Three of the Original Indictment which charges him with conspiring to distribute cocaine and possession with intent to distribute cocaine, in violation of 21 U.S.C. §§841 and 846.  In support of this dismissal, the government states a Superseding Indictment charged TAJH WHITE with the same offenses, to which he pled guilty to and upon which he was sentenced.  Accordingly, the dismissal of the original indictment is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


 /s/   Theodore B. Heinrich
Theodore B. Heinrich
Assistant U.S. Attorney


Leave to File Granted:

_____
Reginald C. Lindsay, Judge
United States District Court

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                 /s/ Theodore B. Heinrich
                                                Theodore B. Heinrich
                                                Assistant U.S. Attorney

March 12, 2008